615 A.2d 730

COMMONWEALTH of Pennsylvania, Appellee,

v.

Rudolph WEAVER, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 25, 1992.

Decided Nov. 10, 1992.

Thomas Livingston, Miller, Ament & Chaffo (Court-appointed), Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., James R. Gilmore, Asst. Dist. Atty., Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER OF THE COURT

PER CURIAM:

Order Affirmed.